

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Texas Department of Family
and Protective Services,

\* From the 161st District
   Court of Ector County,
   Trial Court No. B-136,946.

Vs. No. 11-15-00074-CV

\* May 12, 2016

Wanda Whitman,

\* Opinion by Willson, J.
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed; and judgment is rendered dismissing Wanda Whitman's suit against the Texas Department of Family and Protective Services. The costs incurred by reason of this appeal are taxed against Wanda Whitman.